IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50267
Conference Calendar
_____


DANNY LEON LUCAS,

                                    Plaintiff-Appellant,


versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division, ET AL.,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CV-383
- - - - - - - - - -
October 24, 1996

Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Danny Leon Lucas (Texas prisoner #390541) appeals the
district court's dismissal of his 42 U.S.C. § 1983 action without
prejudice for failure to comply with court orders; nevertheless,
he has failed to brief any issue for appeal. *Yohey v. Collins*,
985 F.2d 222, 224-25 (5th Cir. 1993).  Lucas has not briefed an

---

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

appealable issue. His appeal is deemed abandoned and is DISMISSED. 5TH CIR. R. 42.2.

We caution Lucas that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Lucas is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.